**City of Lockport, Will County, Illinois, appellee, v. Dowdle Bros. Co. and Fidelity & Deposit Co. of Maryland, appellants. Gen. No. 8,297.**

Opinion filed August 29, 1931. Rehearing denied January 15, 1932.
Morton S. Cressy and John J. Dowdle, for appellants; Preston Clark, of counsel. Snapp, Heise & Snapp, for appellee; Wm. W. North, of counsel.
Mr. Presiding Justice Jones delivered the opinion of the court.

**The First National Bank of Aurora, guardian of the estate of Ruth Schroeder, a minor, appellee, v. Harold L. Schroeder and George E. Lidecka, trading as Aurora Welding Service, appellants. Gen. No. 8,367.**

Opinion filed August 29, 1931. Rehearing denied January 15, 1932.
Emil J. Benson and Barthell & Rundall, for appellants. Alschuler, Putnam, Flannigen & Johnson, for appellee; A. L. Puklin and W. C. O'Brien, of counsel.
Mr. Presiding Justice Jones delivered the opinion of the court.

**Elgin City Banking Company, appellee, v. Ethel Webster et al., defendants and appellees. American Missionary Association, appellant. Gen. No. 8,255.**

Opinion filed October 20, 1931. Rehearing denied November 24, 1931.
Charles G. Seidel and Roy R. Phillips, for appellant. Lawrence M. McNerney, for appellees William Hubbard family. Healy & Beverly, for appellee Elgin City Banking Co..
Mr. Justice Wolfe delivered the opinion of the court.

**E. H. Morgan, administrator of the estate of Eleanor Jean Morgan, deceased, appellee, v. T. H. Culhane, appellant. Gen. No. 8,264.**

Opinion filed October 20, 1931.
Large & Reno and William L. Pierce, for appellant. Melville W. Clark and North, Linscott, Gibboney & North, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.